Filed 1/21/16  P. v. Polito CA2/6
# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>ANTHONY JOSEPH POLITO,<br><br>  Defendant and Appellant. | 2d Crim. No. B265331<br>(Super. Ct. No.2014010577)<br>(Ventura County) |

Anthony Joseph Polito appeals a judgment following his no contest plea to possession of cocaine for sale, a felony.  (Health & Saf. Code, § 11351.)  The trial court denied his motion to vacate his plea.

We appointed counsel to represent him on this appeal.  After examination of the record, his counsel filed an opening brief requesting the court to make an independent review under *People v. Wende* (1979) 25 Cal.3d 436.

On October 27, 2015, we advised Polito that he had 30 days within which to personally submit any contentions or issues that he wished us to consider.  No response has been received to this date.  After examination of the record, we are satisfied that Polito's attorney has fully complied with his

responsibilities and that no arguable issues exist.  (*People v. Wende*, *supra*, 25 Cal.3d at pp. 441, 443.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>


GILBERT, P. J.


We concur:


YEGAN, J.


PERREN, J.

2

Patricia M. Murphy, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.